UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 17-4681-SVW (KS)     Date: August 21, 2017

Title   *Megan A. Lewis v. Nancy A. Berryhill*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 26, 2017, Plaintiff, a California resident proceeding *pro se*, filed a Complaint seeking review of the denial of her application for disability insurance benefits ("DIB"). (Dkt. No. 1.) On June 29, 2017, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order – that is, no later than July 29, 2017. (Dkt. No. 6.)

More than three weeks have now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than September 11, 2017 why this action should not be dismissed for failure to prosecute** and comply with court orders. *See* FED. R. CIV. P. 41(b); Local Rule 41-1. Plaintiff may discharge this order by filing before the September 11, 2017 deadline either: (1) proper proof of service;[1] or a request for an extension of time to file the proof of service with a sworn declaration showing good cause for her failure to comply with the Court's June 29, 2017 scheduling order.

---

[1]     Proper proof of service in this case would consist of **the certified or registered mail receipts and a declaration, under penalty of perjury, that the summons and complaint were served by registered or certified mail** on: (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530-0001.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 17-4681-SVW (KS)                                      Date: August 21, 2017

Title      *Megan A. Lewis v. Nancy A. Berryhill*

     Plaintiff is reminded that, under the Federal Rules of Civil Procedure, she has 90 days from the date she filed the Complaint to effect service of process.  *See* FED. R. CIV. P. 4(m).

     **Plaintiff's failure to timely comply with this Order may result in a recommendation of dismissal.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |