JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN A. LEWIS,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>　　　　Defendant. | NO. CV 17-4681-SVW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: May 18, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1